**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | | |
|---|---|---|
| In re: HARTLEY, FRANK | § | Case No. 8:09-BK-22161-CPM |
| HARTLEY, MAXINE | § | |
| | § | |
| Debtor(s) GARCIA, MAXINE | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on September 30, 2009. The undersigned trustee was appointed on October 01, 2009.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of          $         6,338.86

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 0.00 |
   | Administrative expenses | 769.34 |
   | Bank service fees | 0.00 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 150.00 |
   | Other payments to the debtor | 1,629.52 |
   | Leaving a balance on hand of [1]          $ | 3,790.00 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 11/08/2010 and the deadline for filing governmental claims was 04/01/2010. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,139.84. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $604.00 as interim compensation and now requests the sum of $535.84, for a total compensation of $1,139.84.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $40.34 and now requests reimbursement for expenses of $84.71, for total expenses of $125.05.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/24/2012       By:/s/LAUREN P. GREENE
                           Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 8:09-BK-22161-CPM  
**Case Name:** HARTLEY, FRANK  
HARTLEY, MAXINE  
**Period Ending:** 10/24/12

**Trustee:** (290200)  LAUREN P. GREENE  
**Filed (f) or Converted (c):** 09/30/09 (f)  
**§341(a) Meeting Date:** 11/06/09  
**Claims Bar Date:** 11/08/10

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) **Ref. #** | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  4005 North Granada Street, Tampa, 33629-6709 | 190,000.00 | 0.00 | DA | 0.00 | FA |
| 2  20016 Oakflower | 180,955.00 | 0.00 | DA | 0.00 | FA |
| 3  7132 South Honore, Chicago, | 35,000.00 | 0.00 | DA | 0.00 | FA |
| 4  2532 - 34 North Roman, Louisiana 70117 (Hurrican | 0.00 | 0.00 | DA | 0.00 | FA |
| 5  469 Rockrose | 100,000.00 | 0.00 | DA | 0.00 | FA |
| 6  4022 Fishermans | 206,144.00 | 0.00 | DA | 0.00 | FA |
| 7  Cash | 300.00 | 0.00 | DA | 0.00 | FA |
| 8  Checking Account | 375.00 | 0.00 | DA | 0.00 | FA |
| 9  Household Goods | 200.00 | 3,168.00 |  | 3,168.00 | FA |
| 10  Dining Room Furniture (incl. item #9) | 150.00 | 0.00 | DA | 0.00 | FA |
| 11  Kitchen Table and Chairs (incl. item #9) | 75.00 | 0.00 | DA | 0.00 | FA |
| 12  Den Furniture (incl. item #9) | 50.00 | 0.00 | DA | 0.00 | FA |
| 13  Book Shelves (incl. item #9) | 20.00 | 0.00 | DA | 0.00 | FA |
| 14  Television (incl. item #9) | 200.00 | 0.00 | DA | 0.00 | FA |
| 15  VCR (incl. item #9) | 10.00 | 0.00 | DA | 0.00 | FA |
| 16  Stereo (incl. item #9) | 30.00 | 0.00 | DA | 0.00 | FA |
| 17  Linens and Drapes (incl. item #9) | 50.00 | 0.00 | DA | 0.00 | FA |
| 18  Pots and Pans (incl. item #9) | 25.00 | 0.00 | DA | 0.00 | FA |
| 19  Dishes and Glasses (incl. item #9) | 30.00 | 0.00 | DA | 0.00 | FA |
| 20  Refrigerator and Stove (incl. item #9) | 300.00 | 0.00 | DA | 0.00 | FA |
| 21  Iron and Ironing Board (incl. item #9) | 10.00 | 0.00 | DA | 0.00 | FA |
| 22  Bedroom Furniture (incl. item #9) | 300.00 | 0.00 | DA | 0.00 | FA |
| 23  Bedroom Furniture (incl. item #9) | 150.00 | 0.00 | DA | 0.00 | FA |
| 24  Desk and Chair (incl. item #9) | 40.00 | 0.00 | DA | 0.00 | FA |
| 25  Patio Furniture (incl. item #9) | 100.00 | 0.00 | DA | 0.00 | FA |
| 26  Radio (incl. item #9) | 10.00 | 0.00 | DA | 0.00 | FA |
| 27  Computer (incl. item #9) | 75.00 | 0.00 | DA | 0.00 | FA |

Exhibit A

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 8:09-BK-22161-CPM  
**Case Name:** HARTLEY, FRANK  
HARTLEY, MAXINE  
**Period Ending:** 10/24/12  

**Trustee:** (290200) LAUREN P. GREENE  
**Filed (f) or Converted (c):** 09/30/09 (f)  
**§341(a) Meeting Date:** 11/06/09  
**Claims Bar Date:** 11/08/10  

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description** (Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 28 | Microwave (incl. item #9) | 25.00 | 0.00 | DA | 0.00 | FA |
| 29 | Vacuum Cleaner (incl. item #9) | 20.00 | 0.00 | DA | 0.00 | FA |
| 30 | Washer and Dryer (incl. item #9) | 400.00 | 0.00 | DA | 0.00 | FA |
| 31 | Kitchen Appliances (incl. item #9) | 20.00 | 0.00 | DA | 0.00 | FA |
| 32 | Books and Pictures (incl. item #9) | 40.00 | 0.00 | DA | 0.00 | FA |
| 33 | Men's Clothing | 175.00 | 0.00 | DA | 0.00 | FA |
| 34 | Women's Clothing | 2,155.00 | 0.00 | DA | 0.00 | FA |
| 35 | Men's Jewelry | 200.00 | 0.00 | DA | 0.00 | FA |
| 36 | Women's Jewelry | 250.00 | 0.00 | DA | 0.00 | FA |
| 37 | Sports Equipment (incl. item #9) | 20.00 | 0.00 | DA | 0.00 | FA |
| 38 | Camera and Accessories (incl. item #9) | 75.00 | 0.00 | DA | 0.00 | FA |
| 39 | Exercise Equipment (incl. item #9) | 200.00 | 0.00 | DA | 0.00 | FA |
| 40 | Firearms (incl. item #9) | 225.00 | 0.00 | DA | 0.00 | FA |
| 41 | Video Camera (incl. item #9) | 100.00 | 0.00 | DA | 0.00 | FA |
| 42 | Quality Ride and Services President and Vice Pre | 0.00 | 0.00 | DA | 0.00 | FA |
| 43 | 2005 Chrysler 300C | 11,000.00 | 0.00 | DA | 0.00 | FA |
| 44 | 2003 Ford Expedition Eddie Bauer | 9,700.00 | 3,132.00 | | 3,132.00 | FA |
| 45 | Computer (incl. item #9) | 150.00 | 0.00 | DA | 0.00 | FA |
| 46 | Cabinets (incl. item #9) | 50.00 | 0.00 | DA | 0.00 | FA |
| 47 | Chairs (incl. item #9) | 25.00 | 0.00 | DA | 0.00 | FA |
| 48 | Desk (incl. item #9) | 50.00 | 0.00 | DA | 0.00 | FA |
| 49 | Fax Machine (incl. item #9) | 50.00 | 0.00 | DA | 0.00 | FA |
| 50 | Telephones (incl. item #9) | 50.00 | 0.00 | DA | 0.00 | FA |
| 51 | Bicycles (incl. item #9) | 200.00 | 0.00 | DA | 0.00 | FA |
| 52 | 2009 Tax Refund (u) | 0.00 | 38.25 | DA | 38.25 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.61 | FA |
| **53** | **Assets** Totals (Excluding unknown values) | **$739,779.00** | **$6,338.25** | | **$6,338.86** | **$0.00** |

Printed: 10/24/2012 11:17 AM    V.13.04

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 8:09-BK-22161-CPM  **Trustee:** (290200)  LAUREN P. GREENE
**Case Name:** HARTLEY, FRANK  **Filed (f) or Converted (c):** 09/30/09 (f)
HARTLEY, MAXINE  **§341(a) Meeting Date:** 11/06/09
**Period Ending:** 10/24/12  **Claims Bar Date:** 11/08/10

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Major Activities Affecting Case Closing:**

(11/9/09) TRUSTEE'S OBJ. TO DEBTOR'S CLAIM OF EXEMPTIONS.; REQUESTED BANK INFORMATION AS OF DATE OF FILING AND ASSETS & LIABILITIES OF CORP.; EMPLOYMENT OF APPRAISER; DETERMINATION OF NON EXEMPT PORTION OF TAX REFUND.  (11/9/09) ORDER SUSTAINING TRUSTEE'S OBJ. TO DEBTOR'S CLAIM OF EXEMPTIONS. (11/20/09) ORDER SUSTANING TRUSTEE'S OBJ. TO DEBTORS' CLAIM OF EXEMPTIONS.  (1/4/10) CORRES. RE: PURCHASE OF NON EXEMPT PORTION OF PROPERTY.  (1/22/10) SECOND REQUEST CORRES. RE: BUY BACK OF PROPERTY.  (1/27/10) REPURCHASE OF PERS. PROP. & VEHICLE OVER A PERIOD OF 10 MONTHS.  (3/16/10) OBJ. TO DISCHARGE FILED BY U.S.T.  (4/19/10) MOTION & ORDER TO COMPEL TURNOVER  (7/7/10) MOTION TO CONVERT TO CHAPTER 13. (12/14/11) MOTION & ORDER TO EXTEND TIME; CORRES. TO COUNSEL RE: RESOLUTION OF OUTSTANDING MATTERS.  (8/15/12) RETURN OF OVER PAYMENT.  (10/24/12) DEBTORS OVERPAID AND FUNDS WERE RETURNED TO THEM IN THE AMOUNT OF $150.00;  CASE CLOSED.

**Initial Projected Date Of Final Report (TFR):**   May 1, 2010          **Current Projected Date Of Final Report (TFR):**   October 24, 2012  (Actual)

Exhibit B

## Form 2

### Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 8:09-BK-22161-CPM
**Case Name:** HARTLEY, FRANK
HARTLEY, MAXINE
**Taxpayer ID #:** **-***4754
**Period Ending:** 10/24/12

**Trustee:** LAUREN P. GREENE (290200)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******94-65 - Money Market Account
**Blanket Bond:** $3,423,000.00 (per case limit)
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 03/01/10 | {9} | FRANK HARTLEY | REPURCHASE OF PERS. PROP. | 1129-000 | 590.00 | | 590.00 |
| 03/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.03 | | 590.03 |
| 04/01/10 | {9} | FRANK HARTLEY | REPURCHASE OF PERS. PROP. | 1129-000 | 590.00 | | 1,180.03 |
| 04/19/10 | 1001 | ROBERT BONNELL | Appraiser's Fees | 3711-000 | | 125.00 | 1,055.03 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.06 | | 1,055.09 |
| 05/03/10 | {9} | FRANK HARTLEY | REPURCHASE OF PERS. PROP. | 1129-000 | 590.00 | | 1,645.09 |
| 05/03/10 | {52} | FRANK HARTLEY | TAX REFUND | 1224-000 | 38.25 | | 1,683.34 |
| 05/28/10 | {9} | FRANK HARTLEY | REPURCHASE OF PERS. PROP. | 1129-000 | 590.00 | | 2,273.34 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.10 | | 2,273.44 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.13 | | 2,273.57 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.13 | | 2,273.70 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.14 | | 2,273.84 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 2,273.85 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 2,273.86 |
| 11/01/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.00 | | 2,273.86 |
| 11/01/10 | | To Account #9200******9466 | TRANSER FOR CLOSING | 9999-000 | | 2,273.86 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **2,398.86** | **2,398.86** | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 2,273.86 | |
| | | | **Subtotal** | | **2,398.86** | **125.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$2,398.86** | **$125.00** | |

{} Asset reference(s)

Printed: 10/24/2012 11:17 AM    V.13.04

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 8:09-BK-22161-CPM
**Case Name:** HARTLEY, FRANK
HARTLEY, MAXINE
**Taxpayer ID #:** **-***4754
**Period Ending:** 10/24/12

**Trustee:** LAUREN P. GREENE (290200)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******94-66 - Checking Account
**Blanket Bond:** $3,423,000.00  (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/01/10 | | From Account #9200******9465 | TRANSER FOR CLOSING | 9999-000 | 2,273.86 | | 2,273.86 |
| 11/22/10 | 101 | Lauren P. Greene, Trustee | Trustee's Fees | 2100-000 | | 604.00 | 1,669.86 |
| 11/22/10 | 102 | Lauren P. Greene, Trustee | Trustee's Expenses | 2200-000 | | 40.34 | 1,629.52 |
| 11/22/10 | 103 | Frank & Maxine Hartley | Paid per Court Order | 8200-002 | | 1,629.52 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **2,273.86** | **2,273.86** | **$0.00** |
| | | | Less: Bank Transfers | | 2,273.86 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **2,273.86** | |
| | | | Less: Payments to Debtors | | | 1,629.52 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$644.34** | |

{} Asset reference(s)

Printed: 10/24/2012 11:17 AM    V.13.04

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 3

| **Case Number:** | 8:09-BK-22161-CPM | | **Trustee:** | LAUREN P. GREENE (290200) |
|---|---|---|---|---|
| **Case Name:** | HARTLEY, FRANK | | **Bank Name:** | The Bank of New York Mellon |
| | HARTLEY, MAXINE | | **Account:** | 9200-******94-67 - Checking Account |
| **Taxpayer ID #:** | **-***4754 | | **Blanket Bond:** | $3,423,000.00  (per case limit) |
| **Period Ending:** | 10/24/12 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/30/12 | {9} | MAXINE HARTLEY | PAYMENT ON ACCOUNT | 1129-000 | 404.00 | | 404.00 |
| 02/29/12 | {9} | MAXINE HARTLEY | PAYMENT ON ACCT. - REPURCHASE OF PERS. PROP. | 1129-000 | 404.00 | | 808.00 |
| 03/28/12 | {44} | MAXINE HARTLEY | PAYMENT ON ACCT. - REPURCHASE OF VEHICLE | 1129-000 | 404.00 | | 1,212.00 |
| 04/23/12 | {44} | MAXINE HARTLEY | PAYEMNT ON ACCT. - REPURCHASE OF VEHICLE | 1129-000 | 404.00 | | 1,616.00 |
| 06/04/12 | {44} | MAXINE HARTLEY | PAYMENT ON ACCT.  - REPURCHASE OF VEHICLE | 1129-000 | 404.00 | | 2,020.00 |
| 06/25/12 | {44} | MAXINE HARTLEY | PAYMENT ON ACCT. - REPURCHASE OF VEHICLE | 1129-000 | 1,920.00 | | 3,940.00 |
| 07/20/12 | 101 | Frank & Maxine Hartley | Over Payment by Debtor | 8100-002 | | 150.00 | 3,790.00 |
| | | | **ACCOUNT TOTALS** | | **3,940.00** | **150.00** | **$3,790.00** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **3,940.00** | **150.00** | |
| | | | Less: Payments to Debtors | | | 150.00 | |
| | | | **NET Receipts / Disbursements** | | **$3,940.00** | **$0.00** | |

| | |
|---|---|
| Net Receipts : | 6,338.86 |
| Less Payments to Debtor : | 1,779.52 |
| Net Estate : | $4,559.34 |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **MMA # 9200-******94-65** | 2,398.86 | 125.00 | 0.00 |
| **Checking # 9200-******94-66** | 0.00 | 644.34 | 0.00 |
| **Checking # 9200-******94-67** | 3,940.00 | 0.00 | 3,790.00 |
| | $6,338.86 | $769.34 | $3,790.00 |

{} Asset reference(s)

# Exhibit "C" - Claims Analysis

**Case:  8:09-BK-22161-CPM          HARTLEY, FRANK**

Claims Bar Date:   11/08/10

| Claim Number | Claimant Name | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 0001 | Frank & Maxine Hartley<br>4022 Fishermans Cove Court<br><br>Lutz, FL 33558 | Secured<br>09/30/09 | Over payment by Debtors. | $150.00<br>$150.00 | $150.00 | $0.00 |
| 8PT | Internal Revenue Service<br>Attn: Chief Insolvency<br>P.O. Box  21126<br>Philadelphia, PA 19114 | Priority<br>09/30/09 | | $22,355.09<br>$22,355.09 | $0.00 | $22,355.09 |
| 4 | GTE Federal Credit Union<br>Post Office Box 172599<br>Tampa, FL 33672-0599 | Secured<br>07/13/10 | | $2,592.85<br>$1,890.70 | $0.00 | $1,890.70 |
| 5 | ISPC<br>1115 Gunn Highway<br>Odessa, FL 33556 | Secured<br>07/22/10 | | $7,672.56<br>$7,672.56 | $0.00 | $7,672.56 |
| 9 | Real Time Resolutions, Inc.<br>1750 Regal Row Suite 120<br>PO Box 36655<br>Dallas, TX 75235 | Secured<br>08/16/10 | | $83,235.58<br>$83,235.58 | $0.00 | $83,235.58 |
| 12 | SunTrust Bank<br>Attn:Support Services<br>PO BOX 85092<br>Richmond, VA 23286 | Secured<br>08/25/10 | | $92,024.76<br>$92,024.76 | $0.00 | $92,024.76 |
| 13 | American Home Mortgage Servicing, Inc<br>1525 S. Beltline Road, Suite 100 N<br>Coppell, TX 75019 | Secured<br>10/06/10 | | $425,148.57<br>$425,148.57 | $0.00 | $425,148.57 |
| 16 | WELLS FARGO<br>P.O. BOX 7648<br>ATTN: CHRISTINE ERB<br>BOISE, ID 83707 | Secured<br>01/04/11 | | $9,732.38<br>$6,875.63 | $0.00 | $6,875.63 |
| 17 | Sun Trust Bank<br>Attn:  Support Services<br>P.O. Box  85092<br>Richmond, VA 23286 | Secured<br>02/07/12 | | $66,745.20<br>$66,745.20 | $0.00 | $66,745.20 |
| 1 | New Orleans Sewerage<br>and Water Board<br>125 Saint Joseph Street<br>New Orleans, LA 70165-6501 | Unsecured<br>10/22/09 | | $614.84<br>$614.84 | $0.00 | $614.84 |

# Exhibit "C" - Claims Analysis

Case: 8:09-BK-22161-CPM          HARTLEY, FRANK

Claims Bar Date:  11/08/10

| Claim Number | Claimant Name | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 2 | Tampa Bay Womens<br>5830-A West Cypress St<br>Tampa, FL 33607-1750 | Unsecured<br>04/26/10 | | $570.25<br>$570.25 | $0.00 | $570.25 |
| 3 | Florida Agency for Health Care Administration<br>Office of the General Counsel<br>2727 Mahan Drive, MS #3<br>Tallahassee, FL 32308 | Unsecured<br>06/03/10 | | $31,636.04<br>$31,636.04 | $0.00 | $31,636.04 |
| 6 | LVNV Funding, LLC<br>as Successors and assigns of Key Bank<br>P.O. Box 10587<br>Greenville, SC 29603-0587 | Unsecured<br>07/23/10 | | $39,214.91<br>$39,214.91 | $0.00 | $39,214.91 |
| 7 | Nelnet on behalf of COAC<br>College Access Network<br>1560 Broadway Suite 1700<br>Denver, CO 80202 | Unsecured<br>07/27/10 | | $35,438.46<br>$35,438.46 | $0.00 | $35,438.46 |
| 10 | Wells Fargo Financial National Bank<br>4137 121st Street<br>Urbandale, IA 50323 | Unsecured<br>08/17/10 | | $3,845.25<br>$3,845.25 | $0.00 | $3,845.25 |
| 11 | Riverwalk Holdings Ltd<br>c/o Second Round, LP,Attention: BK Processing,4150 Freidrich Lane, Suite I<br>Austin, TX 78744 | Unsecured<br>08/24/10 | | $18,186.03<br>$18,186.03 | $0.00 | $18,186.03 |
| 14 | Ashley Funding Services LLC its successors and<br>assigns as assignee of Laboratory Corp,<br>Greenville, SC 29603-0587 | Unsecured<br>10/26/10 | | $244.50<br>$244.50 | $0.00 | $244.50 |
| 15 | Ashley Funding Services LLC its successors and<br>assigns as assignee of Laboratory Corp,<br>Greenville, SC 29603-0587 | Unsecured<br>10/26/10 | | $371.30<br>$371.30 | $0.00 | $371.30 |
| 18 | BMW Financial Services, N.A.<br>P.O. Box 3608<br>Dublin, OH 43016 | Unsecured<br>09/30/09 | | $37,018.18<br>$37,018.18 | $0.00 | $37,018.18 |
| 19 | Verizon<br>404 Brock Dr.<br>Bloomington, IL 61701 | Unsecured<br>09/30/09 | | $1,109.88<br>$1,109.88 | $0.00 | $1,109.88 |

# Exhibit "C" - Claims Analysis

**Case:** 8:09-BK-22161-CPM        **HARTLEY, FRANK**

Claims Bar Date:  11/08/10

| Claim Number | Claimant Name | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 20 | HSBC Bank of Nevada, N.A. | Unsecured | | $2,983.49 | $0.00 | $2,983.49 |
| | c/o Patti Bass, Esquire | 09/30/09 | | $2,983.49 | | |
| | 3936 E. Ft. Lowell Rd., #200 | | | | | |
| | Tucson, AZ 85712 | | | | | |
| 8PT | Internal Revenue Service | Unsecured | | $3,011.49 | $0.00 | $3,011.49 |
| | Attn: Chief Insolvency | 09/30/09 | | $3,011.49 | | |
| | P.O. Box 21126 | | | | | |
| | Philadelphia, PA 19114 | | | | | |
| | | | **Case Total:** | | **$150.00** | **$880,192.71** |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 8:09-BK-22161-CPM
Case Name: HARTLEY, FRANK
Trustee Name: LAUREN P. GREENE

**Balance on hand:** $ 3,790.00

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 4 | GTE Federal Credit Union | 2,592.85 | 1,890.70 | 0.00 | 0.00 |
| 5 | ISPC | 7,672.56 | 7,672.56 | 0.00 | 0.00 |
| 9 | Real Time Resolutions, Inc. | 83,235.58 | 83,235.58 | 0.00 | 0.00 |
| 12 | SunTrust Bank | 92,024.76 | 92,024.76 | 0.00 | 0.00 |
| 13 | American Home Mortgage Servicing, Inc | 425,148.57 | 425,148.57 | 0.00 | 0.00 |
| 16 | WELLS FARGO | 9,732.38 | 6,875.63 | 0.00 | 0.00 |
| 17 | Sun Trust Bank | 66,745.20 | 66,745.20 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 3,790.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - LAUREN P. GREENE | 1,139.84 | 604.00 | 535.84 |
| Trustee, Expenses - LAUREN P. GREENE | 125.05 | 40.34 | 84.71 |
| Other Fees: ROBERT BONNELL | 125.00 | 125.00 | 0.00 |

Total to be paid for chapter 7 administration expenses: $ 620.55
Remaining balance: $ 3,169.45

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 3,169.45

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $22,355.09 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 8PT | Internal Revenue Service | 22,355.09 | 0.00 | 3,169.45 |
| | Total to be paid for priority claims: | | $ | 3,169.45 |
| | Remaining balance: | | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 171,233.13 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | New Orleans Sewerage | 614.84 | 0.00 | 0.00 |
| 2 | Tampa Bay Womens | 570.25 | 0.00 | 0.00 |
| 3 | Florida Agency for Health Care Administration | 31,636.04 | 0.00 | 0.00 |
| 6 | LVNV Funding, LLC | 39,214.91 | 0.00 | 0.00 |
| 7 | Nelnet on behalf of COAC | 35,438.46 | 0.00 | 0.00 |
| 10 | Wells Fargo Financial National Bank | 3,845.25 | 0.00 | 0.00 |
| 11 | Riverwalk Holdings Ltd | 18,186.03 | 0.00 | 0.00 |
| 14 | Ashley Funding Services LLC its successors and | 244.50 | 0.00 | 0.00 |
| 15 | Ashley Funding Services LLC its successors and | 371.30 | 0.00 | 0.00 |
| 18 | BMW Financial Services, N.A. | 37,018.18 | 0.00 | 0.00 |
| 19 | Verizon | 1,109.88 | 0.00 | 0.00 |
| 20 | HSBC Bank of Nevada, N.A. | 2,983.49 | 0.00 | 0.00 |
| | Total to be paid for timely general unsecured claims: | | $ | 0.00 |
| | Remaining balance: | | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 3,011.49 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 8PT | Internal Revenue Service | 3,011.49 | 0.00 | 0.00 |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**